No. 24-2270
_____

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT
_____

Dental Monitoring SAS,

    *Plaintiff-Appellant*,

v.

Align Technology, Inc.,

    *Defendant-Appellee*.

_____

On Appeal from the United States District Court
for the Northern District of California, No. 3:22-cv-07335-WHA

_____

# NOTICE OF WITHDRAWAL OF COUNSEL
_____

Pursuant to Federal Circuit Rule 47.3(c), Jaysen S. Chung, Charlotte Jacobsen, Josh A. Krevitt, Albert M. Suarez IV, and Julia G. Tabat hereby withdraw as counsel for Appellant Dental Monitoring SAS in this appeal. Dental Monitoring's new attorneys, including Mark A. Perry as principal counsel, have entered their appearances.

| | |
|---|---|
| Dated:  June 3, 2025 | */s/ Jaysen S. Chung* |

Jaysen S. Chung
GIBSON, DUNN & CRUTCHER LLP
One Embarcadero Center, Suite 2600
San Francisco, CA  94111
(415) 393-8271

Charlotte Jacobsen
Josh A. Krevitt
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY  10166
(212) 351-3961

Albert M. Suarez IV
Julia G. Tabat
GIBSON, DUNN & CRUTCHER LLP
2001 Ross Avenue, Suite 2100
Dallas, TX  75201
(214) 698-3151