# United States Court of Appeals for the Federal Circuit

---

**DENTAL MONITORING SAS,**
*Plaintiff-Appellant*

**v.**

**ALIGN TECHNOLOGY, INC.,**
*Defendant-Appellee*

---

2024-2270

---

Appeal from the United States District Court for the Northern District of California in No. 3:22-cv-07335-WHA, Judge William H. Alsup.

---

## JUDGMENT

---

THIS CAUSE having been considered, it is

ORDERED AND ADJUDGED:

**AFFIRMED**

FOR THE COURT

July 7, 2026
Date

Jarrett B. Perlow
Clerk of Court